# EXHIBIT 3



**Nihad Awad** <nawad@cair.com>
Fri 8/18/2017 6:13 PM

To: Lori Saroya
Cc: Ahmed Diwani

Salaam Sr. Lori
I am writing to let you know that based on your performance evaluation of 2016 and our discission, we are raising your gross annual salary to $92,000. I instructed Br. Ahmed Diwani to implement this change retroactively in accordance with the accounting policy.

Your new title will be Chapter Director.

We appreciate your hard work
and dedication to CAIR.

Sincerely,

Nihad Awad


From: Nihad Awad
Sent: Friday

**CAIR**
Council on American-Islamic Relations