# EXHIBIT 4

**Mustafaa Carroll** <mcarroll@cair.com>
Tue 5/8/2018 2:41 PM

To: Lori Saroya; Shura; EDs; ChairsandPresidents
Cc: Nihad Awad

ASA Sr. Lori,

This is indeed a sad day for me, but I pray that Allah (swt) will continue to shower His blessings on you and your family. Ameen. Jazzak Allah Khair for your dedication, hard work, integrity, and professionalism, but above all thanks for being among those I consider my "real" sisters. You gave me wise counsel in times when I needed it and helped me beyond what was necessary. May Allah reward you always. As Salaamu Alaikum. Your brother in Islam.

Mustafaa Carroll
Executive Director
CAIR-TX, Houston Chapter
5445 Almeda Rd. Suite 301
Houston, TX 77004
Office: (713) 838-2247
Cell: (832) 549-1042
Fax: (713) 838-2250
mcarroll@cair.com
www.cairtexas.com

**Afaf Nasher** <aNasher@cair.com>
Tue 5/8/2018 10:27 AM

To: Lori Saroya

Wa alaikum al salam wa rahmat Allah wa barakateh Sr Lori.

You had a really tough job and you met the challenge with amazing accomplishments. May Allah swt reward all your actions and intentions towards making our community stronger, ameen.

I wish you success as you head back to the community grassroots organizing, in your soon to be established practice, and in every endeavor that pleases Allah swt. And yes, I will be reaching out to you from time to time to continue learning and benefitting from your experiences, so jazak Allah khair for your kind offer.

Your sister,
**Afaf Nasher, Esq.**
**Executive Director**
**Council on American-Islamic Relations,**
**New York Chapter**
**646 665-7599**
**anasher@cair.com**
**cair-ny.org**



**Asma Rehman** <aRehman@cair.com>
Wed 5/9/2018 11:04 AM

To: Lori Saroya

Salams Lori,

I hope you are doing well. Thank you for all that you have done for this organization and this department. You have built a strong department, team, and vision. I look forward to working with you to ensure a smooth transition. Please let me know when we can talk.

Asma Rehman
National Chapter Manager

**Council on American Islamic Relations (CAIR)**
453 New Jersey Ave SE
Washington, DC 20003
www.cair.com

From: Nihad Awad
Sent: Thursday, May 10, 2018 2:19 PM
To: Lori Saroya <lsaroya@cair.com>; NationalStaff <NationalStaff@cair.com>
Subject: RE: Transition

Salaam Lori,

On behalf of all of us at CAIR, I would like to express our deep appreciation to you for your dedication and service to CAIR and the community for 11 years.
This started more than 11 years ago when you were the president of the MSA in Iowa and invited me to speak about CAIR. Then you started a CAIR chapter in Minnesota. Years later, you joined CAIR national Board and then leading the chapter department at CAIR national. Your leadership has been evident in the growth of CAIR. We thank you for all of that.

We wish you and your family the best


Sincerely,

Nihad Awad
National Executive Director
nawad@cair.com | www.cair.com | @NihadAwad

**CAIR**