# EXHIBIT 6

**From:** Lena Masri <lmasri@cair.com>
**Sent:** Friday, September 1, 2017 10:26 PM
**To:** Gadeir Abbas <gAbbas@cair.com>; Ibrahim Hooper <ihooper@cair.com>
**Cc:** Nihad Awad <nawad@cair.com>; Lori Saroya <lsaroya@cair.com>
**Subject:** RE: advise him

This is definitely not authorized to go out. I realize I'm reading this late, and this has probably been communicated already. I'm also seriously concerned about potential unauthorized practice of law issues here. Thoughts on addressing this?

Lena F. Masri, Esq.
**National Litigation Director**
**Acting Civil Rights Director**



453 New Jersey Ave, SE
Washington, DC 20003
Tel: 202.742.6420 Fax: 202.488.0833
Cell: 248.390.9784
www.cair.com
**www.lenamasri.com**
Licensed to practice in MI, NY and DC.

[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]