# EXHIBIT 8

★ doesn't recommend CAIR New Jersey.
September 23 · 🌐

I do not recommend donating your money to CAIR-NJ. I believe there may be a warrant out for the arrest of a former CAIR-NJ board member, who served as this organization's treasurer, for stealing CAIR-NJ money by writing himself checks. Donors should definitely question whether their charity is legitimately being used to do civil rights advocacy, how this was allowed to happen, and whether the organzation is being fully transparent. Full disclosure: I am a former Executive Director of CAIR-NJ and found the board leadership to be quite inadequate and corrupt at the expense of the community and even moreso at the expense of its staff.