

Steven C. Kerbaugh
Phone: (612) 225-2792
Steven.Kerbaugh@saul.com
www.saul.com

August 13, 2021

**VIA ECF**

The Honorable Tony N. Leung
U.S. Magistrate Judge
United States District Court
U.S. Courthouse, Courtroom 9W
300 South Fourth Street
Minneapolis, MN 55124

      RE:   *CAIR Foundation, Inc. and CAIR v. Lori Saroya*
             Civil Action No. 0:21-cv-01267-SRN-TNL

Dear Judge Leung:

    I write on behalf of the parties regarding the above-referenced matter. Pursuant to the Pretrial Scheduling Order dated July 29, 2021 (ECF No. 18), today is the deadline for the parties to jointly file a proposed stipulated protective order for the Court's review. Counsel for the parties have exchanged drafts and conferred, and are unable to agree on a proposed order.

    We are thus attaching hereto as **Exhibit A** Plaintiff CAIR Foundation Inc.'s proposed modifications to the District of Minnesota's form protective order and are further attaching as **Exhibit B** Defendant Lori Saroya's proposed modifications to the District of Minnesota's form protective order. If it is agreeable to the Court, the parties propose that they follow up with letters to the Court explaining the reasons for their proposals on or before August 25, 2021.

33 S. 6th Street, Suite 4750 ◆ Minneapolis, MN 55402 ◆ Phone: 612-225-2800 ◆ Fax: 612-677-3844

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

38856460.1

The Honorable Tony N. Leung
United States District Court
August 13, 2021
Page 2

      Please feel free to reach out to counsel if the Court has any questions.  Thank you for your consideration.

                                              Sincerely,

                                              *s/ Steven C. Kerbaugh*

                                              Steven C. Kerbaugh

SCK/FJ

cc:    Counsel of Record (via ECF)