IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>Plaintiff,<br><br>v.<br><br>ASMA LORI HAIDRI SAROYA a.k.a. LORI SAROYA, ASMA SAROYA, LORI HAIDRI, LORI HAIDRI-SAROYA, & LH,<br><br>Defendant. | Civil No.: 0:21-cv-01267 (SRN/TNL)<br><br>**DEFENDANT LORI SAROYA'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

Defendant Lori Saroya ("Saroya"), by and through her undersigned counsel, and for the reasons stated in the supporting Memorandum filed herewith, respectfully moves the Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for an Order dismissing Count I (Defamation), Count II (Defamation Per Se), Count III (Tortious Interference with Business Relationships) and Count V (Injunctive Relief) of Plaintiff's Complaint in their entirety.

This Motion is based on (i) the Notice of Hearing on Defendant Lori Saroya's Motion for Partial Judgment on the Pleadings; (ii) Defendant Lori Saroya's Memorandum in Support of Motion for Partial Judgment on the Pleadings; (iii) the Meet and Confer Statement of Steven C. Kerbaugh; (iv) all the files and records herein; and (vi) such other evidence and argument as may be presented to the Court before or at the time of the hearing.

WHEREFORE, Saroya respectfully requests that the Court dismiss Counts I, II, III and V of the Complaint in their entirety, Counts I and II with prejudice.

Dated: October 6, 2021        **SAUL EWING ARNSTEIN & LEHR, LLP**

By   *s/ Steven C. Kerbaugh*
Alain M. Baudry (MN #186685)
Steven C. Kerbaugh (MN #0390429)
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
Telephone: (612) 225-2946
Facsimile: (612) 677-3844
Email: alain.baudry@saul.com
Email: steven.kerbaugh@saul.com

Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone: (617) 723-3300
Facsimile: (617) 723-4151
Email: jeffrey.robbins@saul.com
Email: joseph.lipchitz@saul.com

*Attorneys for Defendant Lori Saroya*