IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>             Plaintiff,<br><br>v.<br><br>ASMA LORI HAIDRI SAROYA a.k.a. LORI SAROYA, ASMA SAROYA, LORI HAIDRI, LORI HAIDRI-SAROYA, & LH,<br><br>             Defendant. | Civil No.:  0:21-cv-01267 (SRN/TNL)<br><br><br>**MEET AND CONFER STATEMENT OF STEVEN C. KERBAUGH** |

Pursuant to District of Minnesota Local Rule 7.1(a), I submit this Meet and Confer statement with regard to Defendant Lori Saroya's ("Saroya") Motion for Partial Judgment on the Pleadings (the "Motion"). I certify that I, on behalf of Saroya, met and conferred by email with counsel for Plaintiff CAIR Foundation, Inc., d/b/a Council on American-Islamic Relations, & CAIR ("CAIR"), in a good faith effort to resolve the issues raised by Saroya's Motion. The parties were not able to agree on the resolution of Saroya's Motion.

Dated: October 6, 2021           **SAUL EWING ARNSTEIN & LEHR, LLP**

By   *s/ Steven C. Kerbaugh*
    Alain M. Baudry (MN #186685)
    Steven C. Kerbaugh (MN #0390429)
    33 South Sixth Street, Suite 4750
    Minneapolis, MN 55402
    Telephone: (612) 225-2946
    Facsimile: (612) 677-3844
    Email:  alain.baudry@saul.com
    Email:  steven.kerbaugh@saul.com

    Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
    Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
    SAUL EWING ARNSTEIN & LEHR, LLP
    131 Dartmouth Street, Suite 501
    Boston, MA 02116
    Telephone: (617) 723-3300
    Facsimile: (617) 723-4151
    Email:  jeffrey.robbins@saul.com
    Email:  joseph.lipchitz@saul.com

*Attorneys for Defendant Lori Saroya*