IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LORI SAROYA,<br><br>　　　　　　Defendant. | Civil No.: 0:21-cv-01267 (SRN/TNL)<br><br>**DEFENDANT LORI SAROYA'S MOTION TO COMPEL** |

Defendant Lori Saroya ("Saroya"), by and through her undersigned counsel, and for the reasons stated in the supporting Memorandum filed herewith, respectfully moves the Court, pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, for an Order compelling Plaintiff to produce documents responsive to Request Nos. 1-62 of Lori Saroya's First Set of Document Requests to CAIR Foundation, Inc., Council on American Islamic Relations and CAIR dated Aug. 4, 2021.

This Motion is based on (i) the Notice of Hearing on Defendant Lori Saroya's Motion to Compel; (ii) the Memorandum in Support of Defendant Lori Saroya's Motion to Compel; (iii) the Declaration of Lori Saroya in Support of Defendant's Motion to Compel; (iv) the Declaration of Steven C. Kerbaugh in Support of Defendant Lori Saroya's Motion to Compel; (v) the Meet and Confer Statement of Steven C. Kerbaugh; (vi) all the files and records herein; and (vii) such other evidence and argument as may be presented to the Court before or at the time of the hearing.

Dated: October 18, 2021     **SAUL EWING ARNSTEIN & LEHR, LLP**

By  *s/ Steven C. Kerbaugh*
Alain M. Baudry (MN #186685)
Steven C. Kerbaugh (MN #0390429)
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
Telephone: (612) 225-2946
Facsimile: (612) 677-3844
Email:  alain.baudry@saul.com
Email:  steven.kerbaugh@saul.com

Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone: (617) 723-3300
Facsimile: (617) 723-4151
Email:  jeffrey.robbins@saul.com
Email:  joseph.lipchitz@saul.com

*Attorneys for Defendant Lori Saroya*