# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## CIVIL MOTION HEARING

|  |  |
|---|---|
| CAIR Foundation, Inc., *doing business as* Council on American-Islamic Relations, & CAIR,<br><br>                    Plaintiff,<br><br>v.<br><br>Asma Lori Haidri Saroya a.k.a. Lori Saroya, Asma Saroya, Lori Haidri, Lori Haidri-Saroya, & LH,<br><br>                    Defendant. | **COURT MINUTES**<br>BEFORE: Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:    21-cv-1267 (SRN/TNL)<br>Date:    November 4, 2021<br>Court Reporter: Renee Rogge<br>Courthouse:    Zoom Hearing<br>Courtroom:    No Courtroom<br>Time Commenced:    3:31 p.m.<br>Time Concluded:    4:11 p.m.<br>Sealed Hearing Time:    N/A<br>Time in Court:    40 minutes |

## HEARING ON:

A hearing was held via Zoom regarding Defendant's Motion to Compel, ECF No. 33.

## APPEARANCES:

Plaintiff:    Aaron David Sampsel, Christensen Law Office PLLC; and Cynthia Morgan and Michael J. Fortunato, Rubin, Fortunato & Harbison, P.C.

Defendant:    Jeffrey Scott Robbins and Steve C. Kerbaugh, Saul Ewing Arnstein & Lehr LLP

## REMARKS:

Motion taken under advisement as of: November 4, 2021

☒ORDER TO BE ISSUED ☐NO ORDER TO BE ISSUED     ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

*s/Emily*
Law Clerk to Magistrate Judge Leung