IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>    Plaintiff,<br><br>v.<br><br>LORI SAROYA,<br><br>    Defendant. | Civil No.: 0:21-cv-01267 (SRN/TNL)<br><br>**DECLARATION OF STEVEN C. KERBAUGH IN SUPPORT OF DEFENDANT LORI SAROYA'S MOTION FOR DECLARATION THAT NO PRIVILEGE EXISTS WITH RESPECT TO A 2014 REPORT PROVIDED BY CAIR TO HER, THAT ANY PRIVILEGE HAS BEEN WAIVED, OR THAT SHE MAY USE THE REPORT TO PRESENT FACTS IN THE REPORT IN HER DEFENSE** |

I, Steven C. Kerbaugh, hereby state and declare under penalty of perjury:

1. I am an attorney with the law firm Saul Ewing Arnstein & Lehr, LLP. I am one of the attorneys representing Defendant Lori Saroya ("Saroya"). The following is true and correct to be the best of my knowledge, information and belief.

2. Attached hereto are true and correct copies of the following:

 **Exhibit 1** Letter from Jeffrey Robbins to Cynthia Morgan dated October 31, 2021 **[FILED UNDER SEAL]**; and

 **Exhibit 2** Letter from Cynthia Morgan to Jeffrey Robbins dated November 3, 2021 **[FILED UNDER SEAL]**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2021     s/*Steven C. Kerbaugh*
                 Steven C. Kerbaugh

1