IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>Plaintiff,<br><br>v.<br><br>LORI SAROYA,<br><br>Defendant. | Civil No.: 0:21-cv-01267 (SRN/TNL)<br><br>**STATEMENT REGARDING CONFIDENTIALITY RELATING TO THE DECLARATION OF LORI SAROYA AND EXHIBITS A-B PURSUANT TO MINN. L.R. 5.6(d)(1)(A)(ii)** |

Defendant Lori Saroya ("Saroya") submits the following Statement Regarding Confidentiality pursuant to Minn. L.R. 5.6(d)(1)(A)(ii). Saroya submits the Declaration of Lori Saroya in Support of Defendant's Motion for Declaration that No Privilege Exists with Respect to a 2014 Report Provided by CAIR to Her, that Any Privilege Has Been Waived, or that She May Use the Report to Present Facts in the Report in Her Defense ("Saroya Declaration"), along with Exhibits A-B, under seal. Saroya does not believe that these documents are confidential or properly sealed. However, in order to give Plaintiff the opportunity to make whatever argument it wishes regarding the confidentiality of these documents, Saroya is filing them under temporary seal in the present filing. Under the circumstances, it would be impracticable to file the Saroya Declaration or Exhibits A-B in redacted form.

Dated: November 23, 2021	**SAUL EWING ARNSTEIN & LEHR, LLP**

By   *s/ Steven C. Kerbaugh*
     Alain M. Baudry (MN #186685)
     Steven C. Kerbaugh (MN #0390429)
     33 South Sixth Street, Suite 4750
     Minneapolis, MN 55402
     Telephone: (612) 225-2946
     Facsimile: (612) 677-3844
     Email: alain.baudry@saul.com
     Email: steven.kerbaugh@saul.com

     Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
     Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
     Kelsey Marron (Admitted *Pro Hac Vice*)
     SAUL EWING ARNSTEIN & LEHR, LLP
     131 Dartmouth Street, Suite 501
     Boston, MA 02116
     Telephone: (617) 723-3300
     Facsimile: (617) 723-4151
     Email: jeffrey.robbins@saul.com
     Email: joseph.lipchitz@saul.com
     Email: kelsey.marron@saul.com

*Attorneys for Defendant Lori Saroya*