IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS & CAIR,<br><br>Plaintiff,<br><br>v.<br><br>ASMA LORI HAIDRI SAROYA a.k.a. LORI SAROYA, ASMA SAROYA, LORI HAIDRI, LORI HAIDRI-SAROYA, & LH,<br><br>Defendant. | Civil Action No.: 0:21-cv-01267 (SRN/TNL)<br><br>**STATEMENT REGARDING CONFIDENTIALITY RELATING TO CAIR'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR DECLARATION THAT NO PRIVILEGE EXISTS** |

Plaintiff CAIR Foundation Inc. ("CAIR") submits the following Statement Regarding Confidentiality pursuant to Minn. L.R. 5.6(d)(1)(A)(ii). CAIR submits the Memorandum in Opposition to Defendant's Motion for Declaration that No Privilege Exists. The Memorandum discusses a document that is confidential and protected from disclosure pursuant to the attorney-client privilege. All Exhibits attached to the Memorandum discuss the privileged communication. Accordingly, CAIR is filing the Memorandum and its Exhibits under temporary seal. Under the circumstances, it would be impracticable to file the Memorandum and its Exhibits in redacted form.

Dated: November 30, 2021

**CHRISTENSEN LAW OFFICE PLLC**

By  Carl E. Christensen (MN #0350412)
     800 Washington Avenue North, Suite 704
     Minneapolis, MN 55401
     Telephone: (612) 823-4016
     Facsimile: (612) 823-4777
     Email:  carl@clawoffice.com

and

**RUBIN FORTUNATO & HARBISON, P.C.**

*/s/ signature*

Michael J. Fortunato (*admitted pro hac vice*)
Cynthia B. Morgan (*admitted pro hac vice*)
1200 Liberty Ridge Drive, Suite 220
Wayne, PA  19087
Telephone: (610) 408-2005/2022
Facsimile: (610) 408-9000
Email:  mfortunato@rubinfortunato.com
Email:  cmorgan@rubinfortunato.com

*Attorneys for Plaintiff CAIR Foundation, Inc., d/b/a Council on American-Islamic Relations, & CAIR*