# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
### CIVIL MOTION HEARING

| | |
|---|---|
| CAIR Foundation, Inc., *doing business as* Council on American-Islamic Relations, & CAIR, <br><br> Plaintiff, <br><br> v. <br><br> Asma Lori Haidri Saroya a.k.a. Lori Saroya, Asma Saroya, Lori Haidri, Lori Haidri-Saroya, & LH, <br><br> Defendant. | **COURT MINUTES** <br> BEFORE: Tony N. Leung <br> U.S. Magistrate Judge <br><br> Case No: 21-cv-1267 (SRN/TNL) <br> Date: December 7, 2021 <br> Court Reporter: Lynne Krenz <br> Courthouse: Zoom Hearing <br> Courtroom: No Courtroom <br> Time Commenced: 3:33 pm <br> Time Concluded: 4:33 p.m. <br> Sealed Hearing Time: ALL <br> Time in Court: 1 hour |

## HEARING ON:

A hearing was held via Zoom regarding Defendant's Motion for an Order Compelling Plaintiff to Answer Interrogatories, ECF No. 51, and Motion for Declaration That No Privilege Exists With Respect to a 2014 Report Provided by CAIR to Her, That Any Privilege Has Been Waived, or That She May Use the Report to Present Facts in the Report in Her Defense, ECF No. 65.

## APPEARANCES:

Plaintiff: Cynthia Morgan, Rubin, Fortunato & Harbison, P.C., and Aaron David Sampsel, Christensen Law Office PLLC

Defendant: Steve C. Kerbaugh and Kelsey Marron, Saul Ewing Arnstein & Lehr LLP

## REMARKS:

The parties were directed to submit their joint motion for continued sealing in connection with Defendant's Motion for Declaration That No Privilege Exists With Respect to a 2014 Report Provided by CAIR to Her, That Any Privilege Has Been Waived, or That She May Use the Report to Present Facts in the Report in Her Defense, ECF No. 65, on or before December 31, 2021.

Motions taken under advisement as of: December 7, 2021

☒ORDER TO BE ISSUED ☐NO ORDER TO BE ISSUED    ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel

*s/Emily*
Law Clerk to Magistrate Judge Leung