# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR Foundation, Inc. d/b/a Council on American-Islamic Relations, & CAIR,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Asma Lori Haidri Saroya,<br><br>　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>　　United States District Judge<br><br>Case No.:　　21cv1267 (SRN/TNL)<br>Date:　　　　December 13, 2021<br>Court Reporter:　Carla Bebault<br>Location:　　*Via Video Conference*<br>Time in Court:　9:28 – 10:14 a.m.<br>Total Time:　　46 Minutes |

**APPEARANCES:**

　For Plaintiff:　　Cynthia Morgan, Carl E. Christensen, and Michael J. Fortunato

　For Defendant:　　Steven C. Kerbaugh, Alain M. Baudry and Kelsey Marron

**PROCEEDINGS:**

Hearing held on Defendant's Motion for Partial Judgment on the Pleadings [Doc. No. 27]. The motion is DENIED, without prejudice. Plaintiff is permitted to amend the Complaint and must do so no later than December 28, 2021.

☒ No written order will be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/S.DelMonte
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy