IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br>      Plaintiff,<br><br>v.<br><br>LORI SAROYA,<br><br>      Defendant. | Civil No.: 0:21-cv-01267 (SRN/TNL)<br><br>**JOINT STIPULATION TO EXTEND CAIR'S DEADLINE TO AMEND THE COMPLAINT** |

   Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Local Rules 6.1 and 16.3, Plaintiff, CAIR Foundation, Inc. ("CAIR"), and Defendant, Lori Saroya ("Saroya"), by and through their undersigned counsel, respectfully request an extension of CAIR's deadline to amend the Complaint as set forth in the December 13, 2021 Court Minutes from December 28, 2021 to January 7, 2022 because CAIR's representatives are travelling for the holidays and unavailable to participate in verifying and completing the Amended Complaint. This extension does not alter any other deadlines.

Dated: December 23, 2021　　　　**SAUL EWING ARNSTEIN & LEHR, LLP**

By　*s/ Steven C. Kerbaugh*
　　Alain M. Baudry (MN #186685)
　　Steven C. Kerbaugh (MN #0390429)
　　33 South Sixth Street, Suite 4750
　　Minneapolis, MN 55402
　　Telephone: (612) 225-2946
　　Facsimile: (612) 677-3844
　　Email: alain.baudry@saul.com
　　Email: steven.kerbaugh@saul.com

　　Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
　　Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
　　Kelsey Marron (Admitted *Pro Hac Vice*)
　　SAUL EWING ARNSTEIN & LEHR, LLP
　　131 Dartmouth Street, Suite 501
　　Boston, MA 02116
　　Telephone: (617) 723-3300
　　Facsimile: (617) 723-4151
　　Email: jeffrey.robbins@saul.com
　　Email: joseph.lipchitz@saul.com
　　Email: Kelsey.marron@saul.com

　　*Attorneys for Defendant Lori Saroya*

Dated: December 23, 2021

**CHRISTENSEN LAW OFFICE PLLC**

By
   Carl E. Christensen (MN #0350412)
   Aaron D. Sampsel (#350412)
   800 Washington Avenue North, Suite 704
   Minneapolis, MN 55401
   Telephone: (612) 823-4016
   Facsimile: (612) 823-4777
   Email: carl@clawoffice.com
   Email: aaron@clawoffice.com

and

  /s/ Cynthia B. Morgan
Michael J. Fortunato (*admitted pro hac vice*)
Cynthia B. Morgan (*admitted pro hac vice*)
RUBIN FORTUNATO & HARBISON P.C.
10 South Leopard Road
Telephone: (610) 408-2000
Facsimile: (610) 408-9000
Email: mfortunato@rubinfortunato.com
Email: cmorgan@rubinfortunato.com

*Attorneys for Plaintiff CAIR Foundation, Inc., d/b/a Council on American-Islamic Relations, & CAIR*

**SO ORDERED**, on this _____ day of December, 2021.

                                        **BY THE COURT:**

                                        _____
                                        SUSAN RICHARD NELSON, JUDGE