IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CAIR FOUNDATION, INC., d/b/a COUNCIL ON AMERICAN-ISLAMIC RELATIONS, & CAIR,<br><br><br><br>Plaintiff,<br><br>v.<br><br><br>LORI SAROYA,<br><br><br><br>Defendant. | Civil Action No.:  0:21-cv-01267<br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff CAIR Foundation, Inc. ("CAIR") and Defendant Lori Saroya ("Saroya"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action may be, and is hereby, dismissed in its entirety, with prejudice, and without costs, disbursements or attorneys' fees to either party.

The parties further stipulate and agree that upon the filing of this fully-executed Stipulation, the Court may enter an Order and Judgment of Dismissal with Prejudice and without further hearing or notice to either party.

Dated: January 7, 2022                     **CHRISTENSEN LAW OFFICE PLLC**

                                           By
                                                Carl E. Christensen (#0350412)
                                                Aaron D. Sampsel (#350412)
                                                800 Washington Avenue North, Suite 704
                                                Minneapolis, MN 55401
                                                Telephone: (612) 823-4016
                                                Facsimile: (612) 823-4777
                                                Email:  carl@clawoffice.com
                                                Email:  aaron@clawoffice.com

                                                and

                                                */s/ Cynthia B. Morgan*
                                                Michael J. Fortunato (*admitted pro hac vice*)
                                                Cynthia B. Morgan (*admitted pro hac vice*)
                                                RUBIN FORTUNATO & HARBISON P.C.
                                                1200 Liberty Ridge Dr., Suite 220
                                                Wayne, PA 19087
                                                Telephone: (610) 408-2000
                                                Facsimile: (610) 408-9000
                                                Email:  mfortunato@rubinfortunato.com
                                                Email:  cmorgan@rubinfortunato.com

                                           *Attorneys for Plaintiff CAIR Foundation, Inc.,*
                                           *d/b/a Council on American-Islamic Relations, &*
                                           *CAIR*

Dated: January 7, 2022                    **SAUL EWING ARNSTEIN & LEHR, LLP**

By */s/ Steven C. Kerbaugh*
    Alain M. Baudry (MN #186685)
    Steven C. Kerbaugh (MN #0390429)
    33 South Sixth Street, Suite 4750
    Minneapolis, MN 55402
    Telephone: (612) 225-2946
    Facsimile: (612) 677-3844
    Email:  alain.baudry@saul.com
    Email:  steven.kerbaugh@saul.com

    Jeffrey S. Robbins (*admitted pro hac vice*)
    Joseph D. Lipchitz (*admitted pro hac vice*)
    Kelsey Marron (*admitted pro hac vice*)
    131 Dartmouth Street, Suite 501
    Boston, MA 02116
    Telephone: (617) 723-3300
    Facsimile: (617) 723-4151
    Email:  jeffrey.robbins@saul.com
    Email:  joseph.lipchitz@saul.com
    Email:  kelsey.marron@saul.com

    *Attorneys for Defendant Lori Saroya*